UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA ANN HANKERSON,

                Plaintiff,

-against-

SAFE HORIZON, et al.,

                Defendants.

1:24-CV-1600 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 29, 2024, the Court directed Plaintiff, who appears *pro se*, within 30 days of the date of that order, to show cause, by declaration, why the Court should not transfer this action, under 28 U.S.C. § 1404(a), to the United States District Court for Eastern District of New York.[1] (ECF 5.) On April 3, 2024, Plaintiff filed a letter in response to the Court's March 29, 2024 order. (ECF 6.) In her letter, Plaintiff does not, however, allege facts sufficient to show cause why the Court should not transfer this action.

      Accordingly, for the reasons set forth in the Court's March 29, 2024 order, the Court transfers this action to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. §§ 1391(b)(2), 1404(a).

## CONCLUSION

      The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. §§ 1391(b)(2), 1404(a). Summonses shall not issue from this Court. This order closes this action in this court.

---

[1] By order dated March 6, 2024, the Court granted Plaintiff *in forma pauperis* status. (ECF 4.)

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 8, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge